UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIN SHYR and
MARIA CURRIE,

        Plaintiffs,

v.

TRUSTEES OF BOSTON UNIVERSITY and
ERIC RUSKE,

        Defendants.

Civil Action No.

## NOTICE OF REMOVAL

Defendant Trustees of Boston University ("BU" or the "University") files this Notice of Removal and hereby removes the above-captioned action pursuant to 28 U.S.C. § 1446. As grounds for removal of this action, the University states:

1. Plaintiffs, Erin Shyr and Maria Currie ("Plaintiffs"), commenced this action against the University and Eric Ruske on April 12, 2016 by filing a complaint in the Superior Court Department, Suffolk County, Commonwealth of Massachusetts, where it was assigned the civil action case number 1684CV01189. The Complaint and Summons were served on the University on May 27, 2016. Plaintiffs' Complaint sets forth a claim alleging violation of Title IX, 20 U.S.C. § 1681. This claim arises under federal law. The United States District Court for the District of Massachusetts would have had original jurisdiction over this claim pursuant to 28 U.S.C. § 1331.

3. This action is removable to this Court pursuant to 28 U.S.C. § 1441 because this Court has original jurisdiction over it, this Notice of Removal is filed within 30 days of service of

the Complaint upon the University, and the Commonwealth Court in which this action was commenced is within this Court's district and division.

4. The University will file with the Court certified or attested copies of all records, proceedings and docket entries in the state court within twenty-eight (28) days, pursuant to Local Rule 81.1.

5. Copies of the Summons and Complaint, which are all the process, pleadings and orders served upon the University in this action, are attached hereto as **Exhibit A** and filed herewith.

WHEREFORE, the University respectfully requests that this action be removed from the Suffolk Superior Court, Commonwealth of Massachusetts, to this Court.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY and
ERIC RUSKE

By their attorneys,

/s/ Christine S. Collins
_____
Lawrence S. Elswit, BBO # 153900
Christine S. Collins, BBO #639293
Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215
(617) 353-2326
lelswit@bu.edu
cscoll@bu.edu

Dated: June 15, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 15, 2016.

/s/ Christine S. Collins

_____

Christine S. Collins