UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIN SHYR and MARIA CURRIE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 1:16-cv-11124-DJC ) |
| TRUSTEES OF BOSTON UNIVERSITY and ERIC RUSKE, | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION TO DISMISS
COUNTS 4, 7, 8, 9, AND 10 OF PLAINTIFFS' COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Trustees of Boston University (the "University") and Eric Ruske ("Ruske") file this motion to dismiss five of the ten counts in this Complaint.

Plaintiffs Erin Shyr and Maria Currie allege that Ruske, a professor at the University's College of Fine Arts ("CFA"), sexually harassed them, and that the University failed to adequately address their concerns. The offending conduct consists of flirtatious and occasionally suggestive comments, emails and text messages, hugs, kisses on the cheek, and on at least one occasion, a hand "grazing" the lower back of one of the Plaintiffs. The Complaint is riddled with irrelevant and hyperbolic allegations that, even if true, do not provide sufficient grounds for allowing five of the claims to proceed.

Count 4 alleges that the University breached its duty of care to Ms. Currie by negligently hiring, training, supervising, and retaining Ruske. This Count must be dismissed because the

- 2 -

Complaint fails to allege sufficient facts to support the finding that the University knew or should have known that Ruske would sexually harass Ms. Currie.

Counts 7 and 8 allege that Ruske intended to inflict emotional distress on Plaintiffs. But the Complaint fails to allege that Ruske intended to cause emotional distress to Plaintiffs (in fact the allegations suggest the opposite). Furthermore, the conduct described in the Complaint, even if true, is nowhere near the "extreme and outrageous" behavior that must be alleged to sustain a claim for intentional infliction of emotional distress.

Counts 9 and 10 allege that Ruske committed an assault and battery against Ms. Shyr. These Counts must be dismissed because Plaintiff alleges facts that belie her contention that Ruske intended to cause her harm. To the contrary, the facts show that Ruske intended to show affection.

The Defendants' Memorandum in Support of this Motion, filed herewith, sets forth in detail the reasons that five of the ten claims in this far-reaching Complaint should be dismissed.

        Respectfully submitted,

        DEFENDANTS,
        TRUSTEES OF BOSTON UNIVERSITY
        and ERIC RUSKE,

        By their attorneys,

        /s/ Lawrence S. Elswit
        Lawrence S. Elswit (BBO #153900)
        Christine S. Collins (BBO #639293)
        Boston University
        Office of the General Counsel
        125 Bay State Road
        Boston, Massachusetts  02215
        (617) 353-2326
        lelswit@bu.edu
        cscoll@bu.edu

June 22, 2016

## CERTIFICATE OF SERVICE

I, Lawrence S. Elswit, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Date:  June 22, 2016        /s/ Lawrence S. Elswit
        Lawrence S. Elswit

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that below-signed counsel has conferred with counsel for the Plaintiffs in a good faith effort to resolve the issues presented in this Motion but has been unable to resolve the issues.

        /s/ Lawrence S. Elswit
        Lawrence S. Elswit