## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
ERIN SHYR and MARIA CURRIE,                         )
                                                    )
    Plaintiffs,                  )
                                                    )
       v.           )    CIVIL ACTION NO. 1:16-cv-11124-DJC
                                                    )
TRUSTEES OF BOSTON UNIVERSITY                       )
and ERIC RUSKE,                                     )
                                                    )
    Defendants.                  )
_____)

## ANSWER TO AMENDED COMPLAINT

     Defendant Eric Ruske ("Mr. Ruske") hereby answers the Amended Complaint of Plaintiff

Erin Shyr ("Ms. Shyr") and Plaintiff Maria Currie ("Ms. Currie") (collectively, "Plaintiffs").  Mr.

Ruske answers Plaintiffs' Amended Complaint as follows:

### INTRODUCTION

     1.     No answer is required, as this paragraph is introductory and purports to

characterize the entirety of Plaintiffs' Amended Complaint.  To the extent a response is required,

Mr. Ruske denies the allegations in Paragraph 1.

### JURISDICTION AND VENUE

     2.     Admitted.

     3.     Admitted.

### PARTIES

     4.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the

truth of the allegation in Paragraph 4 and therefore denies such allegation.

     5.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the

truth of the allegation in Paragraph 5 and therefore denies such allegation.

     6.     Admitted.

     7.     Admitted.

## FACTS COMMON TO ALL COUNTS

8.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8 and therefore denies such allegations.

9.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9 and therefore denies such allegations.

10.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10 and therefore denies such allegations.

11.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11 and therefore denies such allegations.

12.     Construing the term "policies" to apply to the sexual harassment policies, admitted.

13.     Admitted.

14.     Admitted.

15.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15 and therefore denies such allegations.

16.     Denied.

17.     Denied.

18.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18 and therefore denies all such allegations.

19.     Admitted with respect to the time period 2013 - 2014.  To the extent the allegations in Paragraph 19 refer to other time periods, Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of such allegations and therefore denies such allegations.

20.     Admitted that Sarah Bellott was the Student Services Coordinator, with the clarification that she was in the School of Music.

21.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21 and therefore denies such allegations.

22.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22 and therefore denies such allegations..

23.     Admitted.

24.     Admitted.

25.     Admitted, with the clarification that Ruske took the top prize at two such competitions, not three.

26.     Admitted.

27.     Admitted.

28.     Admitted.

29.     Admitted.

30.     Admitted.

31.     Admitted.

32.     Admitted that Ruske has received grants from several domestic grantmakers, including BU.  Mr. Ruske denies all remaining allegations of Paragraph 32.

33.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33 and therefore denies such allegations.

34.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34 and therefore denies such allegations.

35.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35 and therefore denies such allegations.

36.     Admitted.

37.     Denied.

38.     Mr. Ruske admits only that Ms. Currie was one of only two women in the quintet. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of all remaining allegations in Paragraph 38 and therefore denies such allegations.

39.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39 and therefore denies such allegations.

40.     Mr. Ruske admits only that he was 50 years old in 2013.  Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 40 and therefore denies all such remaining allegations.

41.     Admitted.

42.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42 and therefore denies such allegations.

43.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43 and therefore denies such allegations.

44. Admitted, except that Mr. Ruske denies the allegation that he "looked MARIA up and down."

45. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45 and therefore denies such allegations.

46. Admitted.

47. Admitted.

48. Admitted.

49. Admitted.

50. Admitted.

51. Admitted.

52. Admitted.

53. Admitted.

54. Admitted.

55. Denied.

56. Denied.

57. Admitted that Ms. Currie ended the meeting. Mr. Ruske denies all remaining allegations in Paragraph 57.

58. Admitted.

59. Admitted.

60. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60 and therefore denies such allegations.

61. Admitted.

62. Admitted.

63. Mr. Ruske admits only that Ms. Currie sent Ruske a text message saying thank you. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of all remaining allegations in Paragraph 63 and therefore denies such allegations.

64. Admitted.

65. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65 and therefore denies such allegations.

66. Admitted.

67. Admitted.

68. Admitted.

69. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69 and therefore denies such allegations.

70. Denied.

71. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71 and therefore denies such allegations.

72. Admitted.

73. Admitted.

74. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74 and therefore denies such allegations.

75. Denied.

76. Mr. Ruske admits only that he sent a text message on December 24, 2013 stating, "I probably owe you an apology … I'm really sorry if I made you uncomfortable. Have a fabulous holiday and a happy [N]ew [Y]ear!!" Mr. Ruske denies all remaining allegations in paragraph 76.

77. Admitted.

78. Admitted.

79. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79 and therefore denies such allegations.

80. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80 and therefore denies such allegations.

81. Denied.

82. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 82 and therefore denies such allegations.

83. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83 and therefore denies such allegations.

84. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84 and therefore denies such allegations.

85. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85 and therefore denies such allegations.

86.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86 and therefore denies such allegations.

87.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 87 and therefore denies such allegations.

88.     Admitted.

89.     Mr. Ruske admits only that he was 50 years old in 2013.  Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 89 and therefore denies all such remaining allegations.

90.     Denied.

91.     Admitted.

92.     Admitted.

93.     Admitted.

94.     Admitted.

95.     Admitted.

96.     Admitted.

97.     Admitted.

98.     Admitted.

99.     Admitted.

100.    Admitted.

101.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 101 and therefore denies such allegations.

102.    Denied.

103.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 103 and therefore denies such allegations.

104.    Admitted.

105.    Mr. Ruske admits only that he wrote "Forgive me for being a bit prejudiced, but although your sister and the kitty … are cute, you are amazing and do have something truly unique.  Please don't be offended by by [sic] honesty … as I think you already know, I am rather blunt.  Thanks for sharing … I like that."  Mr. Ruske denies all remaining allegations in Paragraph 105.

106. Admitted that Ms. Shyr sent the quoted email. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of all remaining allegations in Paragraph 106 and therefore denies all such remaining allegations.

107. Mr. Ruske admits that his reply email stated "[emoji] … with the addition of 'sir', I do indeed understand that I overstepped my boundaries. I promise to practice restraint. Have a fabulous evening." Mr. Ruske denies all remaining allegations in Paragraph 107.

108. Denied.

109. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 109 and therefore denies such allegations.

110. Denied.

111. Denied.

112. Denied.

113. Admitted.

114. Mr. Ruske admits only that Ms. Shyr responded, "Happy Monday to you too, Mr. Ruske! See you at rehearsal." Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of all remaining allegations in Paragraph 114 and therefore denies all such remaining allegations.

115. Admitted.

116. Admitted.

117. Mr. Ruske admits only that he wrote, "[emoji] … I prefer, '[T]hanks [E]ric, for the inappropriate comments.'" Mr. Ruske denies all remaining allegations in Paragraph 117.

118. Paragraph 118 references a document which speaks for itself. To the extent that Paragraph 118 contains allegations that are inconsistent therewith, they are denied.

119. Admitted.

120. Denied.

121. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121 and therefore denies such allegations. Further answering, Mr. Ruske denies that he engaged in "inappropriate behavior."

122. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 122 and therefore denies such allegations.

123.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 123 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he has a "reputation for harassing young, female musicians."

124.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 124 and therefore denies such allegations.

125.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 125 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he "harasses students."

126.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 126 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr.

127.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127 and therefore denies such allegations.

128.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 128 and therefore denies such allegations.

129.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 129 and therefore denies such allegations.

130.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr.

131.     Admitted.

132.     Admitted.

133.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133 and therefore denies such allegations.

134.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 134 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr.

135.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of others.

136.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 136 and therefore denies such allegations.

137.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr or Ms. Currie.

138.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 138 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr.

139.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 139 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he "violated BU's Title IX policies."

140.     Admitted.

141.     Denied.

142.     Admitted.

143.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 143 and therefore denies such allegations.

144.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 144 and therefore denies such allegations.

145.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 145 and therefore denies such allegations.  Further answering, Mr. Ruske denies that his conduct was inappropriate and denies that he committed sexual harassment of Ms. Shyr.

146.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 146 and therefore denies such allegations.

147.     Paragraph 147 references a document which speaks for itself.  To the extent that Paragraph 147 contains allegations that are inconsistent therewith, they are denied.

148.     Paragraph 148 references a document which speaks for itself.  To the extent that Paragraph 148 contains allegations that are inconsistent therewith, they are denied.

149.     Paragraph 149 references a document which speaks for itself.  To the extent that Paragraph 149 contains allegations that are inconsistent therewith, they are denied.

150.     Paragraph 150 references a document which speaks for itself.  To the extent that Paragraph 150 contains allegations that are inconsistent therewith, they are denied.

151.     Paragraph 151 references a document which speaks for itself.  To the extent that Paragraph 151 contains allegations that are inconsistent therewith, they are denied.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr.

152.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 152 and therefore denies such allegations.

153.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 153 and therefore denies such allegations.

154.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 154 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he "completely compromised his professionalism."

155.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 155 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr.

156.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 156 and therefore denies such allegations.

157.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 157 and therefore denies such allegations.

158.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 158 and therefore denies such allegations.

159.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 159 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr.

160.     Admitted.

161.     Admitted.

162.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 162 and therefore denies such allegations.

163.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 163 and therefore denies such allegations.

164.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 164 and therefore denies such allegations.

165.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 165 and therefore denies such allegations.

166.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 166 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he retaliated against Ms. Shyr.

167.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 167 and therefore denies such allegations.

168.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 168 and therefore denies such allegations.

169.     Denied.

170.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 170 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Currie.

171.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 171 and therefore denies such allegations.

172.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 172 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Currie.

173.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 173 and therefore denies such allegations.

174.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 174 and therefore denies such allegations.  Further answering, Mr. Ruske denies the allegation that he "would continue to harass other young women."

175.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 175 and therefore denies such allegations.

176.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 176 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Currie.

177.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 177 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Currie.

178.     Denied.

179.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 179 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Currie.

180.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 180 and therefore denies such allegations.

181.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 181 and therefore denies such allegations.  Further answering, Mr. Ruske denies that his conduct was inappropriate.

182.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 182 and therefore denies such allegations.

183.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 183 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Currie.

184.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 184 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr.

185.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 185 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr or Ms. Currie.

186.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 186 and therefore denies such allegations.

187.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 187 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he was or is a "known offender on campus."

188.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 188 and therefore denies such allegations.

189.     Admitted that BU selected Lynne Allen as Interim Dean of the CFA.  The remaining allegations of Paragraph 189 are denied.

190.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 190 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr.

191.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 191 and therefore denies such allegations.

192.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 192 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr.

193.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 193 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr or Ms. Currie.

194.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 194 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he has "frequently targeted young women over a period of years."

195.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 195 and therefore denies such allegations.

196.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 196 and therefore denies such allegations.

197.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 197 and therefore denies such allegations.

198.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 198 and therefore denies such allegations.

199.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 199 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr.

200.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 200 and therefore denies such allegations.

201.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 201 and therefore denies such allegations.

202.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 202 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr.

203.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 203 and therefore denies such allegations.

204.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 204 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr.

205.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 205 and therefore denies such allegations.

206.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 206 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr or Ms. Currie.

207.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 207 and therefore denies such allegations.

208.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 208 and therefore denies such allegations.

209.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 209 and therefore denies such allegations.

210.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 210 and therefore denies such allegations.

211.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 211 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr.

212.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 212 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr.

213.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 213 and therefore denies such allegations.

214.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 214 and therefore denies such allegations.

215.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 215 and therefore denies such allegations.

216.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 216 and therefore denies such allegations.

217.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 217 and therefore denies such allegations.

218.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 218 and therefore denies such allegations.

219.     Admitted only that Shiela Kibbe was Director ad interim of the School of Music in September 2016.  Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 219 and therefore denies such allegations

220.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 220 and therefore denies such allegations.

221.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 221 and therefore denies such allegations.

222.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 222 and therefore denies such allegations.

223.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 223 and therefore denies such allegations.

224.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 224 and therefore denies such allegations.

225.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 225 and therefore denies such allegations.

226.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 226 and therefore denies such allegations.

227.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 227 and therefore denies such allegations.

228.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 228 and therefore denies such allegations.

229.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 229 and therefore denies such allegations.

230.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 230 and therefore denies such allegations.

231.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 231 and therefore denies such allegations.

232.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 232 and therefore denies such allegations.

233.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 233 and therefore denies such allegations.

234.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 234 and therefore denies such allegations.

235.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 235 and therefore denies such allegations.

236.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 236 and therefore denies such allegations.

237.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 237 and therefore denies such allegations.

238.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 238 and therefore denies such allegations.

239.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 239 and therefore denies such allegations.

240.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 240 and therefore denies such allegations.

241.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 241 and therefore denies such allegations.

242.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 242 and therefore denies such allegations.

243.    Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 243 and therefore denies such allegations.

244. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 244 and therefore denies such allegations.

245. Admitted that Jean Morrison was Provost in January 2017. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 245 and therefore denies such allegations

246. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 246 and therefore denies such allegations.

247. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 247 and therefore denies such allegations.

248. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 248 and therefore denies such allegations.

249. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 249 and therefore denies such allegations.

250. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 250 and therefore denies such allegations.

251. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 251 and therefore denies such allegations.

252. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 252 and therefore denies such allegations.

253. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 253 and therefore denies such allegations.

254. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 254 and therefore denies such allegations.

255. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 255 and therefore denies such allegations.

256. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 256 and therefore denies such allegations.

257. Denied.

258. Denied.

259. Denied.

260. Denied.

261.     Admitted, with the clarification that Ruske is currently Director of the Horn Workshop.

262.     Admitted that Ruske attracts grant money and enjoys an international reputation of excellence as a musician.  The remaining allegations in Paragraph 262 are denied.

263.     Denied.

264.     Denied.

265.     Denied.

266.     Denied.

267.     Denied.

268.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 268 and therefore denies such allegations.

269.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 269 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr.

270.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 270 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed harassment of Ms. Shyr.

271.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 271 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr.

272.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 272 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr.

273.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 273 and therefore denies such allegations.  Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Shyr.

274.     Denied.

275.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 275 and therefore denies such allegations.

276.     Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 276 and therefore denies such allegations.

277. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 277 and therefore denies such allegations.

278. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 278 and therefore denies such allegations.

279. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 279 and therefore denies such allegations.

280. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 280 and therefore denies such allegations. Further answering, Mr. Ruske denies that he committed harassment of Ms. Currie.

281. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 281 and therefore denies such allegations. Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Currie.

282. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 282 and therefore denies such allegations. Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Currie.

283. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 283 and therefore denies such allegations. Further answering, Mr. Ruske denies that he committed harassment of Ms. Currie.

284. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 284 and therefore denies such allegations. Further answering, Mr. Ruske denies that he committed sexual harassment of Ms. Currie.

285. Denied.

286. Denied.

287. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 287 and therefore denies such allegations. Further answering, Paragraph 287 contains legal conclusions to which no response is necessary; to the extent a response is necessary, denied.

288. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 287 and therefore denies such allegations. Further answering, Paragraph 288 contains legal conclusions to which no response is necessary; to the extent a response is necessary, denied.

289. Denied.

290. Denied.

291. Denied.

292. Denied.

293. Mr. Ruske lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 293 and therefore denies such allegations. Further answering, the allegations in Paragraph 293 contain legal conclusions to which no response is necessary; to the extent a response is necessary, denied.

294. Denied.

295. Denied.

296. Denied.

### Count 1

### Plaintiff ERIN SHYR's Title IX Claim
### Against TRUSTEES OF BOSTON UNIVERSITY

297 – 302. Mr. Ruske incorporates paragraphs 1-296 of his Answer. The allegations in Paragraphs 297-302 are directed against the Trustees of Boston University and therefore no answer is required from Mr. Ruske. Further answering, Mr. Ruske denies that he committed harassment or sexual harassment of Ms. Shyr and denies that he retaliated against Ms. Shyr.

### Count 2

### Plaintiff MARIA CURRIE's Title IX Claim
### Against TRUSTEES OF BOSTON UNIVERSITY

303 - 308. Mr. Ruske incorporates paragraphs 1-302 of his Answer. The allegations in Paragraphs 303-308 are directed against the Trustees of Boston University and therefore no answer is required from Mr. Ruske. Further answering, Mr. denies that he committed harassment or sexual harassment of Ms. Currie.

### Count 3

### Plaintiff ERIN SHYR's Negligent Hiring, Training, Supervision, and
### Retention Claim Against Defendant TRUSTEES OF BOSTON UNIVERSITY

309 - 314. Mr. Ruske incorporates paragraphs 1-308 of his Answer. The allegations in Paragraphs 309-314 are directed against the Trustees of Boston University and therefore no answer is required from Mr. Ruske. Further answering, Mr. Ruske denies that he committed

harassment or sexual harassment of Ms. Shyr and further denies the allegation that he is "unfit to work with young, female musicians."

## Count 4

### Plaintiff MARIA CURRIE's Negligent Hiring, Training, Supervision, and Retention Claim Against Defendant TRUSTEES OF BOSTON UNIVERSITY

315 - 320.    Mr. Ruske incorporates paragraphs 1-314 of his Answer.  The allegations in Paragraphs 315-320 are directed against the Trustees of Boston University and therefore no answer is required from Mr. Ruske.  Further answering, Mr. Ruske denies that he committed harassment or sexual harassment of Ms. Currie and further denies the allegation that he is "unfit to work with young, female musicians."

## Count 5

### Plaintiff ERIN SHYR's Negligent Infliction of Emotional Distress Claim Against Defendant ERIC RUSKE

321.    Mr. Ruske incorporates paragraphs 1-320 of his Answer.

322.    Denied.

323.    Denied.

## Count 6

### Plaintiff MARIA CURRIE's Negligent Infliction of Emotional Distress Claim Against Defendant ERIC RUSKE

324.    Mr. Ruske incorporates paragraphs 1-323 of his Answer.

325.    Denied.

326.    Denied.

## Count 7

### Plaintiff ERIN SHYR's Intentional or Reckless Infliction of Emotional Distress Claim Against Defendant ERIC RUSKE

327.    Mr. Ruske incorporates paragraphs 1-326 of his Answer.

328.    Denied.

329.    Denied.

330.    Denied.

## Count 8

### Plaintiff MARIA CURRIE's Intentional or Reckless Infliction of Emotional Distress Claim Against Defendant ERIC RUSKE

331. Mr. Ruske incorporates paragraphs 1-330 of his Answer.

332. Denied.

333. Denied.

334. Denied.

## Count 9

### Plaintiff ERIN SHYR's Battery Claim Against Defendant ERIC RUSKE

335. Mr. Ruske incorporates paragraphs 1-334 of his Answer.

336. Denied.

## Count 10

### Plaintiff ERIN SHYR's Assault Claim Against Defendant ERIC RUSKE

337. Mr. Ruske incorporates paragraphs 1-336 of his Answer.

338. Denied.

## Count 11

### Plaintiff ERIN SHYR's Mass. Gen. L. c. 214 § 1C Claim Against Defendant TRUSTEES OF BOSTON UNIVERSITY

339 - 344. Mr. Ruske incorporates paragraphs 1-338 of his Answer. The allegations in Paragraphs 339-344 are directed against the Trustees of Boston University and therefore no answer is required from Mr. Ruske. Further answering, Mr. Ruske denies making any advances toward Ms. Shyr.

## Count 12

### Plaintiff MARIA CURRIE's Mass. Gen. L. c. 214 § 1C Claim Against Defendant TRUSTEES OF BOSTON UNIVERSITY

345 - 350. Mr. Ruske incorporates paragraphs 1-344 of his Answer. The allegations in Paragraphs 345-350 are directed against the Trustees of Boston University and therefore no answer is required from Mr. Ruske. Further answering, Mr. Ruske denies making any advances toward Ms. Currie.

**Count 13**

**Plaintiff ERIN SHYR's Section 504 of the Rehabilitation Act, 29 U.S.C. 794 Claim Against Defendant TRUSTEES OF BOSTON UNIVERSITY**

351 - 358.     Mr. Ruske incorporates paragraphs 1-350 of his Answer.  The allegations in Paragraphs 309-314 are directed against the Trustees of Boston University and therefore no answer is required from Mr. Ruske.

## DEFENDANT'S AFFIRMATIVE DEFENSES

Assertion of the following affirmative defenses is not intended to and does not alter the burden of proof with respect to any defense or affirmative defense, whether asserted below or not.  Mr. Ruske reserves the right to assert any further affirmative defenses.

## FIRST AFFIRMATIVE DEFENSE

The Amended Complaint must be dismissed because it fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiffs' alleged damages were not caused by the conduct alleged in the Amended Complaint, and therefore they cannot recover from Mr. Ruske.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs cannot establish a prima facie case of discrimination or retaliation on the basis of gender.

## FOURTH AFFIRMATIVE DEFENSE

Mr. Ruske denies that he engaged in any unlawful conduct, and states that the Amended Complaint fails to allege sufficient facts to support claims of liability.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for intentional infliction of emotional distress all fail as a matter of law because Mr. Ruske did not intend to inflict any harm and his conduct was not extreme or outrageous.

*       *       *       *       *

Mr. Ruske hereby gives notice that he intends to rely upon such other and further defenses as may become available or apparent during discovery proceedings in this action and hereby reserves the right to amend his Answer and to assert any such defense by appropriate motion.

## DEMAND FOR TRIAL BY JURY

Defendant requests a trial by jury on all issues and claims so triable.

Respectfully Submitted,

ERIC RUSKE,

By his attorneys,


/s/ Alan D. Rose
Alan D. Rose (BBO #427280)
B. Aidan Flanagan (BBO # 675667)
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor
Boston, Massachusetts 02108
(617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net
baf@rose-law.net

## <u>CERTIFICATE OF SERVICE</u>

I, Alan D. Rose, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


Date:  October 3, 2017                    /s/ Alan D. Rose
                                         Alan D. Rose