# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ERIN SHYR and MARIA CURRIE,

    Plaintiffs,

v.

TRUSTEES OF BOSTON UNIVERSITY and ERIC RUSKE,

    Defendants.

CIVIL ACTION NO. 1:16-cv-11124-DJC

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Erin Shyr and Maria Currie and Defendants Trustees of Boston University and Eric Ruske hereby stipulate to dismiss with prejudice this action in its entirety, waiving all rights of appeal. Each party shall bear its own costs.

Respectfully submitted,

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| ERIN SHYR and MARIA CURRIE,<br>by their attorneys, | TRUSTEES OF BOSTON UNIVERSITY,<br>by its attorneys, |

/s/ Sara Elizabeth Burns
Sara Elizabeth Burns, Esq. (BBO #692115)
sara@seburnslaw.com
Law Office of Sara Elizabeth Burns
175 Federal Street, Suite 1425
Boston, MA 02110-2287
(617) 767-2710

/s/ Carmen L. Durso
Carmen L. Durso, Esq. (BBO #139340)
carmen@dursolaw.com
Law Office of Carmen L. Durso
175 Federal Street, Suite 1425
Boston, MA 02110-2287
(617) 728-9123

Date: 8/31/2018

/s/ Lawrence S. Elswit
Lawrence S. Elswit, Esq. (BBO #153900)
lelswit@bu.edu
Christine S. Collins, Esq. (BBO #639293)
cscoll@bu.edu
Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215
(617) 353-2326

Date: 8/31/2018

ERIC RUSKE,
by his attorneys,

/s/ Alan D. Rose
Alan D. Rose, Esq. (BBO #427280)
adr@rose-law.net
B. Aidan Flanagan, Esq. (BBO #675667)
baf@rose-law.net
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor
Boston, MA 02108
(617) 536-0040

Date: 8/31/2018

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on August 31, 2018.

/s/ Sara Elizabeth Burns
Sara Elizabeth Burns, Esq.